NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000455**
**31-AUG-2018**
**11:31 AM**

NO. CAAP-18-0000455

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WF, Plaintiff-Appellee,
v.
JF, Defendant-Appellant.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 15-1-1406)

ORDER APPROVING THE AUGUST 10, 2018
STIPULATION OF DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, and Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation of Dismissal of Appeal" (**Stipulation**) filed on August 10, 2018 by Defendant-Appellant JF, and the records and files herein, it appears that the parties seek dismissal of the appeal, the appeal has been docketed, and as such Rule 42(b) of the Hawai'i Rules of Appellate Procedure applies.

THEREFORE, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed, with the payment of appellate costs and fees as stated in the Stipulation.

DATED: Honolulu, Hawai'i, **August 31, 2018.**

Presiding Judge

Associate Judge

Associate Judge